GATLIN, APPELLEE, *v.* STARK COUNTY BOARD OF MENTAL RETARDATION & DEVELOPMENTAL DISABILITIES, APPELLANT.

[Cite as *Gatlin v. Stark Cty. Bd. of Mental Retardation & Dev. Disabilities* (1995), 74 Ohio St.3d 2.]

(No. 93–2498—Submitted September 27, 1995—Decided October 18, 1995.)

---

*Vincent Gatlin, pro se.*

*Robert D. Horowitz,* Stark County Prosecuting Attorney, *David A. Thorley,* Assistant Chief, Civil Division, and *Kristen Bates Aylward,* Assistant Prosecuting Attorney, for appellant.

---

The judgment of the court of appeals is affirmed for the reasons stated in *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.